**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JONATHAN ENRIQUE PALUCHA,

Petitioner,

v.

MARK WAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-02975-MWF-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. Claim Two of the Petition is **granted**;
3. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of this Order;
4. Claim One of the Petition is dismissed as moot in light of the relief

granted on Claim Two;

5. Judgment shall be entered consistent with this Order; and

6. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 29, 2026

MICHAEL W. FITZGERALD
United States District Judge