JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JONATHAN ENRIQUE PALUCHA,

Petitioner,

v.

MARK WAYNE MULLIN, et al,

Respondents.

No. 5:26-cv-02975-MWF-BFM

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim Two.

DATED: July 29, 2026

MICHAEL W. FITZGERALD
United States District Judge